UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GUZMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,,<br><br>    Defendant. | Case No. 16-cv-01323 NC<br><br>**ORDER TO MICHELLE GUZMAN TO RESPOND TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 8 |

Plaintiff Michelle Guzman has not opposed defendant's motion to dismiss the complaint. Dkt. No. 8. She also has not responded to this Court's order that she either consent or decline the jurisdiction of a magistrate judge. Dkt. No. 7. This order warns Michelle Guzman that if she does not file an opposition to the motion to dismiss by May 2, 2016, then this Court will recommend the dismissal of her case for failure to prosecute. For free legal assistance, Guzman can call the Federal Pro Se Program at 408.297.1480.

**IT IS SO ORDERED.**

Dated: April 25, 2016

                                        NATHANAEL M. COUSINS
                                      United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE GUZMAN,

    Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 16-cv-01323-NC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michelle Guzman
5892 Bridgeport Lake Way
San Jose, CA 95123

Dated: April 25, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_/s/ Lili Harrell_____
    Lili Harrell, Deputy Clerk to the
    Honorable NATHANAEL M. COUSINS

2